IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                      4:08CR00333-01-WRW

MIGUEL ANGEL GASTELUM

### AMENDED JUDGMENT & COMMITMENT

The Judgment and Commitment filed in this case on April 6, 2009, is amended to reflect the following:

    On page 1 of the Judgment & Commitment the USM Number is corrected. The correct USM Number is 25350-009.

    The remaining portions of the Judgment & Commitment will remain in full force and effect.

    IT IS SO ORDERED this 15th day of April, 2009.

                                                 /s/ Wm. R. Wilson, Jr.
                                               UNITED STATES DISTRICT JUDGE

amendJ&C1.wpd